PIKE *v.* SUTTON.

SIMMONS, C. J. 1. A clerk in a retail store, whose duties are such as to keep him employed one half of his time in "drudgery and hard work," one fourth of his time "in waiting on customers in the sale of goods, and one fourth waiting for customer," is a laborer within the meaning of the laws of this State exempting from garnishment the wages of laborers. *Oliver* v. *Macon Hardware Co.*, 98 *Ga.* 249 ; *Stuart* v. *Poole*, 112 *Ga.* 818.

2. The court below was right in sustaining the certiorari, but, instead of rendering a final judgment, should have ordered a new trial in the magistrate's court. See *Holmes* v. *Pye*, 107 *Ga.* 784 ; *Alabama R. Co.* v. *Austin*, 112 *Ga.* 61.

*Judgment reversed. All the Justices concurring, except Lewis, J., absent.*

Submitted May 1, — Decided June 9, 1902.

Certiorari. Before Judge Harris. Coweta superior court. November 6, 1901.

*E. T. Moon,* for plaintiff. *A. H. Thompson,* for defendant.

---

ATLANTA AND WEST POINT RAILROAD COMPANY *v.* UPSHAW.

SIMMONS, C. J. 1. The document filed as a brief of the evidence shows clearly that there was no bona fide effort to brief the evidence as is required by the statute, and this court will not consider it. *Equitable Mortgage Co.* v. *Bell*, 115 *Ga.* 651.

2. No question is presented which can be decided without reference to the evidence, and the judgment of the court below must accordingly be affirmed. *Judgment affirmed. All the Justices concurring, except Lewis, J., absent.*

Submitted May 1, — Decided June 9, 1902.

Appeal. Before Judge Reagan. Coweta superior court. December 17, 1901.

*H. A. Hall* and *W. G. Post* for plaintiff in error.
*W. C. Wright,* contra.